UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No.09-cv-5641 |
| vs. | ) ) | **DEMAND FOR JURY TRIAL** |
| ANIXTER INTERNATIONAL INC., ROBERT J. ECK, DENNIS J. LETHAM and ROBERT GRUBBS, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## CLASS ACTION COMPLAINT FOR
## VIOLATIONS OF FEDERAL SECURITIES LAWS

Plaintiff alleges the following based upon the investigation of Plaintiff's counsel, which included a review of United States Securities and Exchange Commission ("SEC") filings by Anixter International Inc. ("Anixter" or the "Company"), as well as regulatory filings and reports, securities analysts' reports and advisories about the Company, press releases and other public statements issued by the Company, and media reports about the Company, and Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

### NATURE OF THE ACTION

1.     This is a federal class action on behalf of purchasers of the common stock of Anixter between January 29, 2008 and October 20, 2008, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

## JURISDICTION AND VENUE

2.      The claims asserted herein arise under and pursuant Sections 10(b) and 20(a) of the Exchange Act [15 U.S.C. §§78j(b) and 78t(a)] and Rule 10b-5 promulgated thereunder by the SEC [17 C.F.R. §240.10b-5].

3.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act.

4.      Venue is proper in this District pursuant to Section 27 of the Exchange Act and 28 U.S.C. §1391(b).  Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District.

5.      In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications and the facilities of the national securities markets.

## PARTIES

A.      Plaintiff

6.      Garden City Employees' Retirement System, as set forth in the accompanying certification and incorporated by reference herein, purchased the common stock of Anixter during the Class Period and has been damaged thereby.

B.      Defendants

7.      Anixter is incorporated in Delaware and maintains its headquarters at 2301 Patriot Boulevard, Glenview, IL 60026-8020.  The Company, together with its subsidiaries, distributes communications products, specialty wire and cable products, fasteners, and small parts.

8.    (a)    Robert J. Eck ("Eck") is President and Chief Executive Officer ("CEO") of Anixter.  Prior to that, he was the Company's Executive Vice President and Chief Operating Officer.

(b)    Dennis J. Letham ("Letham") is, and was at all relevant times, Executive Vice President of Finance and Chief Financial Officer of Anixter.

(c)    Robert Grubbs ("Grubbs") was President and CEO of Anixter from February 1998 until his resignation in June 2008.

(d)    Eck, Letham and Grubbs are referred to herein as the "Individual Defendants."

9.    During the Class Period, the Individual Defendants, as senior executive officers and/or directors of Anixter, were privy to confidential and proprietary information concerning Anixter, its operations, finances, financial condition and present and future business prospects. The Individual Defendants also had access to material adverse non-public information concerning Anixter, as discussed in detail below.  Because of their positions with Anixter, the Individual Defendants had access to non-public information about its business, finances, products, markets and present and future business prospects via access to internal corporate documents, conversations and connections with other corporate officers and employees, attendance at management and/or board of directors meetings and committees thereof and via reports and other information provided to them in connection therewith.  Because of their possession of such information, the Individual Defendants knew or recklessly disregarded that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public.

10.    The Individual Defendants are liable as direct participants in the wrongs complained of herein.  In addition, the Individual Defendants, by reason of their status as senior executive officers and/or directors, were "controlling persons" within the meaning of Section 20(a) of the Exchange Act and had the power and influence to cause the Company to engage in

the unlawful conduct complained of herein.  Because of their positions of control, the Individual Defendants were able to and did, directly or indirectly, control the conduct of Anixter's business.

11.    The Individual Defendants, because of their positions with the Company, controlled and/or possessed the authority to control the contents of its reports, press releases and presentations to securities analysts and through them, to the investing public.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading, prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Thus, the Individual Defendants had the opportunity to commit the fraudulent acts alleged herein.

12.    As senior executive officers and/or directors and as controlling persons of a publicly traded company whose common stock was, and is, registered with the SEC pursuant to the Exchange Act, and was, and is, traded on the New York Stock Exchange ("NYSE") and governed by the federal securities laws, the Individual Defendants had a duty to promptly disseminate accurate and truthful information with respect to Anixter's financial condition and performance, growth, operations, financial statements, business, products, markets, management, earnings and present and future business prospects, and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of Anixter's common stock would be based upon truthful and accurate information.  The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

13.    The Individual Defendants are liable as participants in a fraudulent scheme and course of conduct that operated as a fraud or deceit on purchasers of Anixter's common stock by disseminating materially false and misleading statements and/or concealing material adverse facts.  The scheme: (i) deceived the investing public regarding Anixter's business, operations and

management and the intrinsic value of Anixter common stock; (ii) enabled Individual Defendants Eck, Grubbs and Letham and other Company insiders to sell 60,481 shares of their personally-held Anixter common stock for gross proceeds in excess of $3.9 million; and (iii) caused Plaintiff and members of the Class to purchase Anixter common stock at artificially inflated prices.

## CLASS ACTION ALLEGATIONS

14.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all those who purchased the common stock of Anixter between January 29, 2008 and October 20, 2008, inclusive, and who were damaged thereby (the "Class").  Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

15.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Anixter common stock was actively traded on the NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Anixter or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

16.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law complained of herein.

17.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class action and securities litigation.

18.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and operations of Anixter;

(c)    whether the price of Anixter common stock was artificially inflated during the Class Period; and

(d)    to what extent the members of the Class have sustained damages and the proper measure of damages.

19.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## SUBSTANTIVE ALLEGATIONS

20.    Defendant Anixter describes itself as a "leading global distributor of communication products, electrical and electronic wire & cable, fasteners and other small parts." The Company is a global supplier of communications products used to connect voice, video, data

and security systems. It provides electrical and electronic wire and cable, fasteners, and other small components to build, repair and maintain a variety of systems and equipment.

21.     The Company's customers include communications service providers, electrical contractors, systems integrators and end-users. Over 55% of the Company's revenues are derived from the supply of communications cable and related components and services to the enterprise (*e.g.*, building, campus, factory) market. Electrical and electronic wire & cable distribution and Original Equipment Manufacturers ("OEMs") industrial component supplies comprise the remainder of volume.

22.     The Class Period begins on January 29, 2008. On that date, Anixter issued a press release announcing its financial results for the fourth quarter and year end of 2007, the period ended December 28, 2007. For the quarter, the Company reported sales of $1.49 billion and net income of $70.5 million, or $1.69 per diluted share. Commenting on the results, Defendant Grubbs stated, in pertinent part, as follows:

> We are very pleased with the strong financial results in the quarter and the year. Our success in expanding our product and supply chain offering, along with an intense focus on broadening and diversifying our global customer base, drove record sales, operating margins and net income in 2007. ***We enter 2008 confident in our ability to continue executing on our growth strategies including further expanding our customer base as well as growing with our existing customers.*** [Emphasis added.]

With regard to the Company's outlook, Defendant Grubbs stated, in pertinent part, as follows:

> The record sales and earnings performance in 2007 was the result of many of the same underlying trends that generated record performances over the past couple of years, especially as relates to expansion of our customer base. While 2008 begins with a well publicized, less certain overall economic environment than 2007, recent activity levels suggest the end markets we serve have remained strong and we are comfortable they will continue to present opportunities for growth in the coming year. As we look to the start of a new year, we remain focused on building on our strategic initiatives of growing our security and OEM supply businesses, initiating an industrial automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering. ***We believe that if we continue to successfully execute our strategic initiatives to grow our product and service offerings and***

***expand our customer base, we can drive solid sales and earnings growth in 2008.***
[Emphasis added.]

23.     In response to the earnings announcement and a subsequent conference call during which Defendants made other positive statements about the Company and its operations, shares of Anixter stock rose $10.55 per share, or approximately 18%, to close at $68.85 per share, on heavy trading volume.

24.     On April 22, 2008, Anixter issued a press release announcing its financial results for the first quarter of 2008, the period ended March 28, 2008.  For the quarter, the Company reported sales of $1.47 billion and net income of $57.7 million, or $1.45 per diluted share. Commenting on the results, Defendant Eck stated, in pertinent part, as follows:

> After more than two years in which sales growth was consistently broad based over the various customer end markets and geographies we serve, the first quarter of 2008 exhibited more divergent growth rates. Also, as compared to the year ago first quarter, the first quarter of 2008 reflects an unfavorable impact from holidays due to the timing of the New Year and Easter. Importantly, we continued to make significant progress on our major initiatives during the quarter, including growing in new markets. Our efforts to expand the company's presence in the security market took another encouraging step forward in the first quarter as year-on-year sales rose 34 percent. In the electrical wire & cable market our initiative to expand our presence in Europe made very good progress with year-on-year sales growth of 45 percent.

> In North America we saw sales grow by 10 percent to $1.02 billion in the quarter. Foreign exchange contributed $21.7 million to first quarter sales as compared to the year ago quarter. Excluding the effects of foreign exchange, sales grew at an organic rate of 7 percent. With an 18 percent increase versus the year ago quarter, sales growth was highest in the electrical wire & cable market, due to continued strong levels of project activity. While spot market copper prices in the first quarter were up approximately 30 percent from the year ago period, they did not have a meaningful effect on sales growth due to the competitive market conditions in a softer economy that limited the amount of price increases that were actually achieved in the marketplace. Sales in the OEM supply end market were up 9 percent with continued strong growth in the aerospace and defense market. Lastly, enterprise cabling and security sales were up a combined 5 percent year-on-year in North America.

> Total European sales rose 11 percent versus the year ago quarter to $340.0 million. European sales were aided by favorable foreign exchange and acquisitions, which added $17.8 million and $12.3 million, respectively, to first quarter 2008 sales.  Sales growth in Europe was highest in the electrical wire & cable market, where we reported a 45 percent year-on-year increase. In the OEM supply market sales grew

$22.4 million or 16 percent, including the $12.3 million of sales associated with acquisitions. Sales in the enterprise cabling and security market fell by 7 percent primarily due the timing of holidays and lower project volumes, particularly in the U.K. market where the year ago first quarter had exceptionally strong project activity.

In the emerging markets sales grew by $18.2 million or 19 percent including $4.0 million of favorable effects related to foreign exchange rates. The lower growth rates that posted in recent quarters was largely a result of slower project growth in Asia.

*    *    *

First quarter operating margins were 6.9 percent compared to 6.8 percent in the year ago quarter.  While sales were up 11 percent, organic growth was 7 percent. ***As compared to the first quarter of last year, gross margins experienced some pressure in the electrical wire & cable market on a global basis and in the OEM supply market in Europe.*** At the same time, we have continued to invest in people to drive our initiatives of expanding our security business, the global reach of the electrical wire & cable business and our initial efforts in the factory automation market. ***Some of the factors pressuring gross margins in the first quarter are being mitigated through pricing actions. When combined with seasonal pick-ups in sales volumes, which should improve operating leverage, we anticipate higher operating margins during the year.***

In North America, our operating margins were 7.9 percent as compared to 7.6 percent in the year ago quarter, as sales growth and good expense control offset slightly lower gross margins to generate additional operating leverage. ***In Europe, operating margins in the most recent quarter were 4.1 percent as compared to 4.6 percent in the year ago quarter. This decline in operating margins is largely within the OEM supply business. The lower OEM supply operating margins reflect a combination of lower gross margins, costs associated with the closing of one facility, increased costs associated with preparations for business IT system conversions starting in 2009 and costs for development of expanded Asian product sourcing capabilities.*** In the emerging markets, continued sales growth has increased operating leverage and produced operating margins of 6.1 percent in the first quarter of this year compared to 5.7 percent in the year ago period. [Emphasis added.]

With regard to the Company's outlook, Defendant Eck stated, in pertinent part, as follows:

***While there were a number of customer-specific situations where spending was reduced in response to slower economic conditions, we do not believe this represents a broader trend.*** Overall, we are encouraged by the fact that our backlog grew slightly during the first quarter and activity levels show the prospect for continued year-on-year sales growth. It should be noted that in 2007 we experienced unusually strong 14 percent consecutive quarter growth between the first and second quarter that was more than twice historical seasonal patterns and leaves us with a difficult year-on-year comparison for the upcoming second quarter. ***Nonetheless, we***

*expect to report not only consecutive quarter sales growth in the second quarter, but also year-on-year sales growth over the very strong second quarter of 2007.*

We remain focused on building on our strategic initiatives including growing our security and OEM supply businesses, initiating an industrial automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering. Short-term macro-economic conditions may slow our organic sales growth from the rates of the past couple of years, which when combined with the investment in these initiatives may limit near-term earnings growth. We believe, however, that continued focus, investment and successful execution on these strategies will drive full-year and longer-term growth and profitability of the business. [Emphasis added.]

25.     On July 22, 2008, Anixter issued a press release announcing its financial results for the second quarter of 2008, the period ended June 27, 2008.  For the quarter, the Company reported sales of $1.62 billion and net income of $66.9 million, or $1.71 per diluted share. Commenting on the results, Defendant Eck stated, in pertinent part, as follows:

We are pleased with the 10 percent increase in sales from the first to the second quarter of this year, which despite continuing macroeconomic uncertainty, exceeded longer-term seasonal trends. Also, while the second quarter year-on-year sales growth was modest due to the difficult comparison to last year's exceptionally strong second quarter, it was, however, stronger than we anticipated. The multiple end markets we serve, the diversity of vertical end markets that our customers operate in and the breadth of geographies in which we conduct our business continue to support the company's ongoing revenue and earnings growth.

*       *       *

Second quarter operating margins of 7.8 percent, exclusive of the previously noted expense related to the retirement of my predecessor, compared to 7.7 percent in the year ago quarter.  As compared to the second quarter of last year, gross margins declined from 24.0 percent to 23.8 percent due to lower supplier volume growth incentives and continued pressure from rising steel and specialty metal prices in our OEM Supply business. At the same time, we have continued to invest in people to drive our initiatives of expanding our security business, the global reach of the electrical wire & cable business, our initial efforts in the factory automation market and expansion of our business in emerging markets. Despite the slight drop in gross margins and continued investment in growth initiatives, we were able achieve a modest improvement in operating margins due to the increased operating leverage coming from growth in sales and sound expense management.

In North America, our operating margins excluding the expense associated with the retirement of our prior CEO were 8.6 percent, which matched that in the year ago quarter. Good expense control in North America offset the effects of slower growth

and slight downward pressure on gross margins. ***In Europe, operating margins in the most recent quarter were 5.3 percent as compared to 4.6 percent in the year ago quarter. This improvement in European operating margins reflects good sales growth and expense controls, which offset the gross margin pressures in the OEM Supply business.*** In the emerging markets, operating margins of 7.6 percent in the second quarter compared to 7.7 percent in the year ago period. The slight decrease reflects higher operating costs associated with investments for future growth in this part of our business. [Emphasis added.]

With regard to the Company's outlook, Defendant Eck stated, in pertinent part, as follows:

> Given that the second quarter year-on-year comparisons were difficult because of the exceptional growth in the prior year, especially on larger projects, we are encouraged by the higher than historical trend line growth in consecutive quarter sales from the first to second quarter of this year as well as the growth we realized over the unusually strong second quarter of 2007. ***While we continue to see select customer situations where sales are softer, we have not observed any broad-based negative trends in the various end markets and geographical regions where we have a business presence. We believe the overall market conditions, as they currently exist, should allow for consecutive quarter sales growth from the second to third quarter of this year***. If we achieve a modest level of consecutive quarter growth it will move our third quarter year-on-year growth rates closer to our longer-term target of 8 to 12 percent yearly growth.
>
> Going forward through the next few quarters, we will remain focused on building on our strategic initiatives, which include growing our security and OEM Supply businesses, initiating a factory automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering. We are confident that continued focus on these investments and successful execution on these strategies will help drive full-year and longer-term growth of the business. At the same time we believe the breadth of the end markets we serve, the diversity of the vertical markets our customers operate in and the broad geographical scope of our business will continue to provide excellent opportunities for growth. [Emphasis added.]

      26.    Following the press release, Defendants held a conference call with analysts and

investors to discuss the Company's earnings and operations.  With regard to the Company's

European market, Defendants Eck and Letham stated, in pertinent part, as follows:

> JEFF BEACH: I've got a couple of questions. First, you are showing very good growth in Europe. Can you describe the growth from the economy in Europe versus Anixter's strong performance? Are you seeing slowing end markets there? It didn't sound like it from the commentary. I was just curious if you could comment about the direction of the economy in Europe versus your high growth to start with.

BOB ECK: Yes, I think it really crosses three business units and a lot of variables. If you looked at the OEM supply business first, what we have seen, and this has been typical of what we have seen in our OEM supply business around the world, there are individual customers who may have slowing activity, and we have seen some of that in the European business. On the other hand, we have other customers who, either because they are taking share in the markets or are in a more rapidly growing market, tend to pick up.

So I think if you looked at OEM supply, there is the UK market is beginning to slow a touch because there tends to be some talk about some macroeconomic factors there. It is being offset by growth with other customers and other geographies.

In wire and cable, I think it is important to look at, again, the expansion in continental Europe and the Middle East, which has just gone very well. It is an effort that we have put time into over the past couple of years. We have put people in place, we have put managers in place, built the right supply relationships and customer relationships. And so after a couple of years of really investing on the front end of that, this year we have seen good growth. And it is not being impacted so much by the economy because, as we have said, we are a fairly small market share player in the EMEA wire and cable business again outside the UK. And so we have the opportunity to grow faster than the market and really not disrupt the market because we are a pretty small player there today.

DENNIS LETHAM: I think on that point, Bob, it is important like in the second quarter we did see some softness in the UK market year-on-year on electrical wire and cable that our growth initiatives overall helped us overcome in electrical wire and cable in Europe.

BOB ECK: Absolutely. Again, we saw growth in the enterprise business, which came both from the security investment as well, again, as investment in continental Europe, where we have struggled in the past and we've seen good pickup there, which is offsetting slowness in the UK, which is trying to recover from big project spend last year.

DENNIS LETHAM: I think in general [if] you look at Europe we would probably mirror what you read in the press in that the UK has been softer for us this year than it was a year ago. But the continent has held together pretty well which when combined with our specific growth initiatives has left us with decent growth coming out of Europe.

BOB ECK: I think [it is] important to remember, when we talk about continental Europe, we roll into that number our Middle East business as well.

     27.     In response to the earnings announcement and the positive statements made during the conference call, shares of Anixter stock rose $7.21 per share, or approximately 12%, to close at $66.37 per share, on heavy trading volume.

28.     The statements referenced above in ¶¶22, 24, 25 and 26 were each materially false and misleading when made because they misrepresented and failed to disclose the following adverse facts, which were known to Defendants or recklessly disregarded by them:

(a)     that the Company was in a pricing dispute with one of its OEM customers, which would cost the Company approximately $3 million;

(b)     that the Company was experiencing a decrease in sales in the European and Asian markets due to decreased demand for the Company's products;

(c)     that the Company was experiencing operating margin pressure due to slower sales in its OEM supply business, which traditionally produce higher operating margins; and

(d)     as a result of the foregoing, Defendants lacked a reasonable basis for their positive statements about the Company and its prospects.

29.     Then, on October 21, 2008, Anixter issued a press release announcing its financial results for the third quarter of 2008, the period ending September 26, 2008. For the quarter, the Company reported sales of $1.59 billion and net income of $61.7 million, or $1.58 per diluted share. Defendant Eck commented on the results, stating, in pertinent part, as follows:

> ***While we experienced strength early in the third quarter, broader negative economic factors, especially in Europe, impacted sales activities late in the period.*** Despite these headwinds we still generated 2 percent organic growth, primarily driven by our initiatives to expand the company's presence in the security solutions market and increase the geographic footprint of our electrical wire and cable business in Europe. The progress realized, despite a challenging environment, demonstrates the importance of focusing on growth initiatives and programs we can control to offset some of the negative shorter-term macro economic factors. The long-term strategic initiatives and our sustained execution position us for even stronger growth when the economy improves.

*     *     *

> ***Our third quarter results were negatively impacted by macro economic trends, particularly in the last few weeks of the quarter. The quarter began very favorably, with July being the best four week month in the history of the company. August, which is traditionally a softer month because of vacation schedules, produced slightly weaker results than historical patterns would have suggested. While***

*activity levels picked up in September, they did not come back with the strength that is typically seen following the summer vacation period.* [Emphasis added.]

With regard to the Company's reduced operating margins, Defendant Eck stated, in pertinent part, as

follows:

Third quarter operating margins were 7.4 percent compared to 7.8 percent in the year ago quarter. The slight sequential decline in sales in the third quarter, when historical patterns would normally suggest consecutive quarter growth, created some operating leverage compression. In anticipation of a more typical pattern of consecutive quarter sales growth in the third quarter, and the strength of the sales activity in the month of July, we continued to invest in people to drive our initiatives of expanding our security business, the global reach of the electrical wire & cable business, our initial efforts in the factory automation market and expansion of our business in emerging markets. We are continuing to invest in initiatives that can drive both near- and longer-term growth, while at the same time managing operating expense, exclusive of foreign exchange effects and acquisitions, in a manner consistent with the macro economic environment. *Gross margins, however, continued to reflect pressure associated with lower supplier volume growth incentives as a result of lower sales growth, softening sales in our higher gross margin OEM supply business and some continued pressure from higher steel and specialty metal prices in our OEM supply business. All of these factors combined to decrease margins in the quarter.*

In North America, our operating margins were equal to the 8.6 percent reported in the year ago quarter as slower sales growth and slight downward pressure on gross margins offset good expense control. *Operating margins in Europe exhibited the most significant decline in the recent quarter as softer sales, particularly in the higher gross margin OEM supply business, moved operating margins to 3.2 percent compared to 4.9 percent in the year ago quarter.* In the emerging markets, operating margins of 7.9 percent in the third quarter of this year compare favorably to 7.8 percent in the year ago period. [Emphasis added.]

With regard to the Company's European sales, the press release stated, in pertinent part, as follows:

"European sales in the quarter rose 2 percent versus the year ago quarter. These results were aided by a favorable foreign exchange rate impact due primarily to the appreciation of the euro and acquisitions, which added $3.0 million and $9.0 million, respectively, to third quarter 2008 sales. Adjusted for acquisitions and the effects of foreign exchange rates on sales," Eck noted, "European sales declined 2 percent organically."

Eck added, "Our European sales growth was highest in the electrical wire and cable end market, which grew 18 percent to $65.6 million in the current quarter versus $55.5 million in the prior year. This growth was driven by our initiative to expand electrical wire and cable sales outside of our traditional market focus in the U.K.

That initiative generated 29 percent year-on-year growth on electrical wire and cable sales outside of the U.K. market."

The European OEM supply business saw only modest growth, increasing 2 percent as sales grew from $146.8 million in the year ago quarter to $149.8 million in the current year period. Contributing to the year-on-year growth were the acquisitions of Sofrasar and Gergen, which added $9.0 million to current period sales. At the same time, an unfavorable foreign exchange rate impact reduced sales by $2.3 million due primarily to the depreciation of the British pound. Without these factors the company's OEM sales declined by 3 percent as the business experienced a number of customer production cutbacks in response to softening economic conditions in Europe.

The company's European enterprise cabling and security business experienced a sales decline of 6 percent to $112.7 million versus $119.7 million in the year ago quarter. The decrease in sales was partially mitigated by a favorable foreign exchange rate impact of $5.3 million and 20 percent growth in security sales. The decline in core enterprise cabling sales reflects a broader-based slowdown in activity beyond the U.K.-based weakness seen earlier this year.

With regard to the Company's outlook, Defendant Eck stated, in pertinent part, as follows:

> ***The later weeks of the third quarter signaled a more broad-based economic slowing than the company had experienced year to date.*** At this time it is difficult to ascertain exactly what this will mean to sales volumes in the coming months. Historically in periods of economic softness the 15-to-20 percent of our enterprise cabling and security solutions business and our electrical wire and cable business that is project-based has shown the most variability. On the other hand, the 80-to-85 percent of day-to-day business supporting maintenance and moves, adds and changes to existing infrastructure has remained comparatively steady. Also, sales in the OEM supply business are driven by customer production slowdowns that vary from customer to customer and between customer vertical markets. Overall, we believe our business mix has changed appreciably to a less volatile mix than we had in the recession earlier in this decade.
>
> Specific to the fourth quarter, it is important to note that we typically report lower consecutive quarter sales in the fourth quarter due to the number of holidays in the period. However, we expect that seasonal softness this year will be somewhat offset by sales from the recently completed acquisitions that are expected to add between $55 million and $60 million to fourth quarter sales as compared to the year-ago period.
>
> At the same time, fourth quarter sales will be positively affected by the fact that this is a 53-week year in our fiscal calendar as our 2008 fiscal year will end on Friday January 2, 2009. This is expected to add the equivalent of approximately 3 days to fourth quarter 2008 sales. The revenue effects of the extra fiscal week is limited to 3 days due to the inclusion of the New Year holiday within that week. However, from an earnings standpoint, the effect of the extra fiscal week will be slightly negative

since we will have an extra week of operating expenses matched by only three days of added revenues.

As we go forward through the next few quarters, we will remain focused on building on our strategic initiatives including growing our security and OEM supply businesses, further developing a factory automation network sales effort, adding to our supply chain services offering, enlarging the geographic presence of our electrical wire & cable business, and expanding our product offering. We believe continued focus on these investments and successful execution on the associated strategies are important to both longer-term growth of the business and offsetting near-term, soft economic conditions. [Emphasis added.]

30.     Following the earnings announcement, the Individual Defendants held a conference call with analysts and investors. With regard to the Company's reduced operating margins, Defendant Eck stated, in pertinent part, as follows:

Turning to the OEM supply business, as Dennis has mentioned, our results were negatively impacted by a customer pricing issue that impacted gross margin by $3 million. Aside from that one off event, margins benefited from realizing steel-related price increases negotiated during the second quarter and implemented in the third. While there has been a lot of press recently reporting on steel price declines, those declines are largely limited to the flat rolled steel market and are not affecting the steel wire market, which supplies fasteners manufacturers.

Defendant Letham also added:

Turning to gross margins, we reported second quarter gross margins of 23.4%, versus 24.1% in the year ago quarter. Contributing to the decline between years, were the effects of lower supplier volume incentives resulting from lower year-on-year sales growth rates. A sales mix shift resulting from slower sales in our higher gross margin OEM supply business, and a resolution of a customer pricing dispute that reduced current quarter gross profit by $3 million or approximately 20 basis points of gross margin.

31.     In response to this announcement, the price of Anixter common stock fell $18.76 per share, or approximately 40%, over the next five trading days, to close at $29.06 per share, on October 27, 2008, on heavy trading volume.

32.     The market for Anixter common stock was open, well-developed and efficient at all relevant times. As a result of these materially false and misleading statements and failures to disclose, Anixter common stock traded at artificially inflated prices during the Class Period.

- 16 -

Plaintiff and other members of the Class purchased or otherwise acquired Anixter common stock relying upon the integrity of the market price of Anixter common stock and market information relating to Anixter, and have been damaged thereby.

33.     During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Anixter common stock, by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and misleading.  Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company, its business and operations, as alleged herein.

34.     At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused, or were a substantial contributing cause of, the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false or misleading statements about Anixter's business, prospects and operations.  These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive assessment of Anixter and its business, prospects and operations, thus causing the Company's common stock to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's common stock at artificially inflated prices, thus causing the damages complained of herein.

### Additional Scienter Allegations

35.     As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or

disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding Anixter, their control over, and/or receipt and/or modification of Anixter's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Anixter, participated in the fraudulent scheme alleged herein.

36.     Defendants were further motivated to engage in this course of conduct in order to allow Individual Defendants Eck, Grubbs and Letham and other Company insiders to sell 60,481 shares of their personally-held Anixter common stock for gross proceeds in excess of $3.9 million.  The following chart sets forth the insider trading:

| Insider | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| JOHN DUL | 2/15/2008 | 735 | $68.09 | $50,046 |
| | 3/25/2008 | 1,058 | $63.46 | $67,141 |
| | 4/1/2008 | 530 | $65.00 | $34,450 |
| | 5/13/2008 | 530 | $65.00 | $34,450 |
| | 5/29/2008 | 530 | $65.00 | $34,450 |
| | 7/22/2008 | 530 | $65.00 | $34,450 |
| | 7/25/2008 | 530 | $67.26 | $35,648 |
| | 8/25/2008 | 530 | $66.91 | $35,462 |
| | | 4,973 | | $326,097 |
| | | | | |
| ROBERT ECK | 9/9/2008 | 1,045 | $70.50 | $73,673 |
| | | 1,045 | | $73,673 |
| | | | | |
| ROBERT GRUBBS | 1/29/2008 | 14,000 | $67.00 | $938,000 |
| | 9/2/2008 | 1,000 | $74.63 | $74,630 |
| | | 15,000 | | $1,012,630 |
| | | | | |
| DENNIS LETHAM | 2/15/2008 | 200 | $67.45 | $13,490 |
| | 2/15/2008 | 200 | $67.47 | $13,494 |
| | 2/15/2008 | 200 | $67.50 | $13,500 |
| | 2/15/2008 | 200 | $68.13 | $13,626 |
| | 2/15/2008 | 168 | $67.78 | $11,387 |
| | 2/15/2008 | 100 | $68.22 | $6,822 |
| | 2/15/2008 | 100 | $68.23 | $6,823 |
| | 2/15/2008 | 100 | $68.29 | $6,829 |
| | 2/15/2008 | 100 | $66.91 | $6,691 |
| | 2/15/2008 | 100 | $66.93 | $6,693 |
| | 2/15/2008 | 100 | $66.96 | $6,696 |

| Insider | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| | 2/15/2008 | 100 | $67.18 | $6,718 |
| | 2/15/2008 | 100 | $67.41 | $6,741 |
| | 2/15/2008 | 100 | $67.43 | $6,743 |
| | 2/15/2008 | 100 | $67.46 | $6,746 |
| | 2/15/2008 | 100 | $67.49 | $6,749 |
| | 2/15/2008 | 100 | $67.53 | $6,753 |
| | 2/15/2008 | 100 | $67.54 | $6,754 |
| | 2/15/2008 | 100 | $67.57 | $6,757 |
| | 2/15/2008 | 100 | $67.58 | $6,758 |
| | 2/15/2008 | 100 | $67.59 | $6,759 |
| | 2/15/2008 | 100 | $67.60 | $6,760 |
| | 2/15/2008 | 100 | $67.63 | $6,763 |
| | 2/15/2008 | 100 | $67.65 | $6,765 |
| | 2/15/2008 | 100 | $67.69 | $6,769 |
| | 2/15/2008 | 100 | $67.73 | $6,773 |
| | 2/15/2008 | 100 | $67.88 | $6,788 |
| | 2/15/2008 | 100 | $67.90 | $6,790 |
| | 2/15/2008 | 100 | $68.10 | $6,810 |
| | 2/15/2008 | 100 | $68.14 | $6,814 |
| | 2/15/2008 | 100 | $68.17 | $6,817 |
| | 2/15/2008 | 100 | $68.21 | $6,821 |
| | 3/17/2008 | 400 | $59.50 | $23,800 |
| | 3/17/2008 | 300 | $59.52 | $17,856 |
| | 3/17/2008 | 200 | $59.13 | $11,826 |
| | 3/17/2008 | 200 | $59.36 | $11,872 |
| | 3/17/2008 | 200 | $59.46 | $11,892 |
| | 3/17/2008 | 200 | $59.61 | $11,922 |
| | 3/17/2008 | 100 | $58.65 | $5,865 |
| | 3/17/2008 | 100 | $58.93 | $5,893 |
| | 3/17/2008 | 100 | $59.01 | $5,901 |
| | 3/17/2008 | 100 | $59.05 | $5,905 |
| | 3/17/2008 | 100 | $59.06 | $5,906 |
| | 3/17/2008 | 100 | $59.10 | $5,910 |
| | 3/17/2008 | 100 | $59.11 | $5,911 |
| | 3/17/2008 | 100 | $59.19 | $5,919 |
| | 3/17/2008 | 100 | $59.20 | $5,920 |
| | 3/17/2008 | 100 | $59.22 | $5,922 |
| | 3/17/2008 | 100 | $59.27 | $5,927 |
| | 3/17/2008 | 100 | $59.28 | $5,928 |
| | 3/17/2008 | 100 | $59.35 | $5,935 |
| | 3/17/2008 | 100 | $59.38 | $5,938 |
| | 3/17/2008 | 100 | $59.43 | $5,943 |
| | 3/17/2008 | 100 | $59.44 | $5,944 |
| | 3/17/2008 | 100 | $59.48 | $5,948 |
| | 3/17/2008 | 100 | $59.53 | $5,953 |
| | 3/17/2008 | 100 | $59.69 | $5,969 |
| | 3/17/2008 | 100 | $59.76 | $5,976 |
| | 3/17/2008 | 100 | $59.86 | $5,986 |
| | 3/17/2008 | 68 | $58.61 | $3,985 |
| | 4/15/2008 | 400 | $63.00 | $25,200 |
| | 4/15/2008 | 300 | $61.57 | $18,471 |
| | 4/15/2008 | 200 | $61.89 | $12,378 |
| | 4/15/2008 | 200 | $62.09 | $12,418 |

| Insider | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| | 4/15/2008 | 200 | $62.10 | $12,420 |
| | 4/15/2008 | 200 | $62.50 | $12,500 |
| | 4/15/2008 | 168 | $62.76 | $10,544 |
| | 4/15/2008 | 100 | $61.44 | $6,144 |
| | 4/15/2008 | 100 | $61.45 | $6,145 |
| | 4/15/2008 | 100 | $61.46 | $6,146 |
| | 4/15/2008 | 100 | $61.48 | $6,148 |
| | 4/15/2008 | 100 | $61.84 | $6,184 |
| | 4/15/2008 | 100 | $61.86 | $6,186 |
| | 4/15/2008 | 100 | $61.93 | $6,193 |
| | 4/15/2008 | 100 | $61.99 | $6,199 |
| | 4/15/2008 | 100 | $62.23 | $6,223 |
| | 4/15/2008 | 100 | $62.25 | $6,225 |
| | 4/15/2008 | 100 | $62.27 | $6,227 |
| | 4/15/2008 | 100 | $62.34 | $6,234 |
| | 4/15/2008 | 100 | $62.97 | $6,297 |
| | 4/15/2008 | 100 | $62.99 | $6,299 |
| | 4/15/2008 | 100 | $63.02 | $6,302 |
| | 4/15/2008 | 100 | $63.06 | $6,306 |
| | 4/15/2008 | 100 | $63.25 | $6,325 |
| | 4/15/2008 | 100 | $63.37 | $6,337 |
| | 4/15/2008 | 100 | $63.43 | $6,343 |
| | 4/15/2008 | 100 | $63.62 | $6,362 |
| | 5/15/2008 | 1,100 | $65.00 | $71,500 |
| | 5/15/2008 | 600 | $64.99 | $38,994 |
| | 5/15/2008 | 200 | $64.58 | $12,916 |
| | 5/15/2008 | 200 | $64.85 | $12,970 |
| | 5/15/2008 | 200 | $64.90 | $12,980 |
| | 5/15/2008 | 200 | $64.92 | $12,984 |
| | 5/15/2008 | 200 | $64.93 | $12,986 |
| | 5/15/2008 | 200 | $65.03 | $13,006 |
| | 5/15/2008 | 168 | $64.97 | $10,915 |
| | 5/15/2008 | 100 | $64.51 | $6,451 |
| | 5/15/2008 | 100 | $64.76 | $6,476 |
| | 5/15/2008 | 100 | $64.86 | $6,486 |
| | 5/15/2008 | 100 | $64.91 | $6,491 |
| | 5/15/2008 | 100 | $64.99 | $6,499 |
| | 5/15/2008 | 100 | $65.02 | $6,502 |
| | 6/16/2008 | 300 | $62.86 | $18,858 |
| | 6/16/2008 | 300 | $62.87 | $18,861 |
| | 6/16/2008 | 300 | $62.93 | $18,879 |
| | 6/16/2008 | 300 | $63.05 | $18,915 |
| | 6/16/2008 | 200 | $62.83 | $12,566 |
| | 6/16/2008 | 200 | $62.96 | $12,592 |
| | 6/16/2008 | 200 | $63.06 | $12,612 |
| | 6/16/2008 | 200 | $63.07 | $12,614 |
| | 6/16/2008 | 200 | $63.08 | $12,616 |
| | 6/16/2008 | 168 | $63.70 | $10,702 |
| | 6/16/2008 | 100 | $62.84 | $6,284 |
| | 6/16/2008 | 100 | $62.85 | $6,285 |
| | 6/16/2008 | 100 | $62.90 | $6,290 |
| | 6/16/2008 | 100 | $62.94 | $6,294 |
| | 6/16/2008 | 100 | $62.97 | $6,297 |

| Insider | Date | Shares | Price | Proceeds |
|---------|------|--------|-------|----------|
| | 6/16/2008 | 100 | $63.03 | $6,303 |
| | 6/16/2008 | 100 | $63.09 | $6,309 |
| | 6/16/2008 | 100 | $63.15 | $6,315 |
| | 6/16/2008 | 100 | $63.22 | $6,322 |
| | 6/16/2008 | 100 | $63.31 | $6,331 |
| | 6/16/2008 | 100 | $63.34 | $6,334 |
| | 6/16/2008 | 100 | $63.42 | $6,342 |
| | 6/16/2008 | 100 | $63.52 | $6,352 |
| | 7/15/2008 | 2,768 | $55.94 | $154,842 |
| | 7/15/2008 | 900 | $56.97 | $51,273 |
| | 7/22/2008 | 2,700 | $65.00 | $175,500 |
| | 8/15/2008 | 3,668 | $70.12 | $257,200 |
| | 8/15/2008 | 2,700 | $70.12 | $189,324 |
| | 8/15/2008 | 2,700 | $65.20 | $176,040 |
| | 9/15/2008 | 3,668 | $65.18 | $239,080 |
| | | 37,444 | | $2,407,295 |
| | | | | |
| PHILIP MENO | 3/17/2008 | 700 | $58.56 | $40,992 |
| | 3/17/2008 | 5 | $58.97 | $295 |
| | 7/29/2008 | 609 | $70.00 | $42,630 |
| | 9/2/2008 | 705 | $75.01 | $52,882 |
| | | 2,019 | | $136,799 |
| | | | | |
| | Total: | 60,481 | | $3,956,493 |

**Loss Causation/Economic Loss**

37.     During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the prices of Anixter common stock and operated as a fraud or deceit on Class Period purchasers of Anixter common stock. When Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of Anixter common stock fell precipitously as the prior artificial inflation came out.  As a result of their purchases of Anixter common stock during the Class Period, Plaintiff and the other Class members suffered economic loss, *i.e.*, damages, under the federal securities laws.

38.     Defendants presented a misleading picture of Anixter's business and prospects. Defendants' false and misleading statements had the intended effect and caused Anixter common stock to trade at artificially inflated levels throughout the Class Period, reaching as high as $73.81 per share on August 29, 2008.

39.    As a direct result of Defendants' disclosure on October 21, 2008, the price of Anixter common stock fell precipitously, falling by $18.76 per share, or approximately 40%, over the next five trading days.  This drop removed the inflation from the price of Anixter common stock, causing real economic loss to investors who had purchased Anixter common stock during the Class Period.

40.    The 40% decline in the price of Anixter common stock after this disclosure came to light was a direct result of the nature and extent of Defendants' fraud finally being revealed to investors and the market.  The timing and magnitude of the price decline in Anixter common stock negates any inference that the loss suffered by Plaintiff and the other Class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to Defendants' fraudulent conduct.  The economic loss, *i.e.*, damages, suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the prices of Anixter common stock and the subsequent significant decline in the value of Anixter common stock when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

### Applicability of Presumption of Reliance:
### Fraud on the Market Doctrine

41.    At all relevant times, the market for Anixter common stock was an efficient market for the following reasons, among others:

(a)    Anixter common stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b)    as a regulated issuer, Anixter filed periodic public reports with the SEC and the NYSE;

(c)    Anixter regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the

national circuits of major newswire services and through other wide-ranging public disclosures, such

as communications with the financial press and other similar reporting services; and

(d)    Anixter was followed by several securities analysts employed by major

brokerage firms who wrote reports which were distributed to the sales force and certain customers of

their respective brokerage firms.  Each of these reports was publicly available and entered the public

marketplace.

42.    As a result of the foregoing, the market for Anixter common stock promptly

digested current information regarding Anixter from all publicly available sources and reflected

such information in the prices of the stock.  Under these circumstances, all purchasers of Anixter

common stock during the Class Period suffered similar injury through their purchase of Anixter

common stock at artificially inflated prices and a presumption of reliance applies.

### No Safe Harbor

43.    The statutory safe harbor provided for forward-looking statements under certain

circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.

Many of the specific statements pleaded herein were not identified as "forward-looking

statements" when made.  To the extent there were any forward-looking statements, there were no

meaningful cautionary statements identifying important factors that could cause actual results to

differ materially from those in the purportedly forward-looking statements.  Alternatively, to the

extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein,

Defendants are liable for those false forward-looking statements because at the time each of those

forward-looking statements were made, the particular speaker knew that the particular forward-

looking statement was false, and/or the forward-looking statement was authorized and/or

approved by an executive officer of Anixter who knew that those statements were false when

made.

## COUNT I

### Violation of Section 10(b) of
### the Exchange Act and Rule 10b-5
### Promulgated Thereunder Against All Defendants

44.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

45.     During the Class Period, Defendants disseminated or approved the materially false and misleading statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

46.     Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's common stock during the Class Period.

47.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Anixter common stock.  Plaintiff and the Class would not have purchased Anixter common stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

48.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of Anixter common stock during the Class Period.

## COUNT II

### Violation of Section 20(a) of
### the Exchange Act Against the Individual Defendants

49.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

50.     The Individual Defendants acted as controlling persons of Anixter within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By reason of their positions as officers and/or directors of Anixter, and their ownership of Anixter stock, the Individual Defendants had the power and authority to cause Anixter to engage in the wrongful conduct complained of herein.  By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.     Determining that this action is a proper class action, designating Plaintiff as Lead Plaintiff and certifying Plaintiff as a Class representative under Rule 23 of the Federal Rules of Civil Procedure and Plaintiff's counsel as Lead Counsel;

B.     Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.     Such other and further relief as the Court may deem just and proper.

### JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

DATED:  September 11, 2009                     PLAINTIFF


                                              s/Marvin A. Miller
                                              Marvin A. Miller
                                              Lori A. Fanning
                                              Matthew E. Van Tine
                                              MILLER LAW LLC
                                              115 S. LaSalle Street, Suite 2910
                                              Chicago, IL 60603
                                              Telephone:  312.332.3400


                                              Samuel H. Rudman
                                              David A. Rosenfeld
                                              Mario Alba, Jr.
                                              COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                              58 South Service Road, Suite 200
                                              Melville, NY  11747
                                              Telephone:  631/367-7100


                                              VANOVERBEKE MICHAUD &
                                                 TIMMONY, P.C.
                                              79 Alfred Street
                                              Detroit, MI  48201
                                              Telephone:  313/578-1200


                                              *Attorneys for Plaintiff*

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff")
declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

6.    The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

ANIXTER

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this *4th* day of *September*, 2009.

GARDEN CITY EMPLOYEES'
RETIREMENT SYSTEM

By: _____

Its: _SECRETARY / TREASURER_

ANIXTER

SCHEDULE A

SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 08/15/2008 - SD | 240 | $68.19 |
| 08/20/2008 - SD | 230 | $70.23 |
| 08/29/2008 - SD | 260 | $67.04 |
| 09/08/2008 - SD | 700 | $72.93 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 10/21/2008 - SD | 200 | $42.55 |

*Settlement dates are indicated with "SD" attached to the date.