IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 09 CV 5641 |
| v. ) ) | Hon. Robert M. Dow Jr. |
| ANIXTER INTERNATIONAL, INC., ROBERT J. ECK, DENNIS J. LETHAM and ROBERT GRUBBS, ) ) ) ) | |
| Defendants. ) | |

**ORDER**

The parties having conferred through their respective counsel of record and having agreed by stipulation to the following schedule, and the Court having been duly informed, it is hereby ORDERED as follows:

Plaintiff shall have forty-five (45) days after the appointment of Interim Lead Counsel to file a consolidated or amended complaint; and

Defendants shall not be required to answer or otherwise respond in this matter until (a) forty-five (45) days after Plaintiff has filed a consolidated or amended complaint, or (b) forty-five (45) days after Plaintiff informs Defendants' counsel that a consolidated or amended complaint will not be filed and that the operative complaint is already on file.

IT IS SO ORDERED

Dated: _October 13, 2009_

_____
Robert M. Dow Jr.
United States District Court Judge