UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANIXTER INTERNATIONAL INC., et al.,<br><br>Defendants. | No. 1:09-cv-05641<br><br>Judge Robert M. Dow, Jr.<br><br><u>CLASS ACTION</u> |

THE INDIANA LABORERS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

The Indiana Laborers Pension Fund (the "Pension Fund") moves this Court for an Order (attached hereto as Exhibit A): (1) appointing the Pension Fund as lead plaintiff in this action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (2) approving the Pension Fund's selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel and Lasky & Rifkind, Ltd. as liaison counsel for the class.

In support of this Motion, the Pension Fund submits a Memorandum of Law and true and correct copies of the following exhibits:

Exhibit A: [Proposed] Order;

Exhibit B: Notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on September 11, 2009;

Exhibit C: Sworn Certification;

Exhibit D: Firm résumé of Lasky & Rifkind, Ltd.; and

Exhibit E: Firm résumé of Coughlin Stoia Geller Rudman & Robbins LLP.

DATED: November 10, 2009
LASKY & RIFKIND, LTD.
LEIGH R. LASKY
NORMAN RIFKIND
AMELIA S. NEWTON

s/ NORMAN RIFKIND
NORMAN RIFKIND

350 North LaSalle Street, Suite 1320
Chicago, IL 60610
Telephone: 312/634-0057
312/634-0059 (fax)

[Proposed] Liaison Counsel

- 1 -

- 2 -

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DEBRA J. WYMAN
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiff

Document1

CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 10, 2009.

    s/ NORMAN RIFKIND
    NORMAN RIFKIND

    LASKY & RIFKIND, LTD.
    350 North LaSalle Street, Suite 1320
    Chicago, IL  60610
    Telephone:  312/634-0057
    312/634-0059 (fax)
    E-mail:  rifkind@laskyrifkind.com

# Mailing Information for a Case 1:09-cv-05641

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David J. Bradford**
  dbradford@jenner.com,docketing@jenner.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com

- **Marc David Sokol**
  msokol@jenner.com,docketing@jenner.com

- **Howard Steven Suskin**
  hsuskin@jenner.com,docketing@jenner.com

- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us

- **Daniel J. Weiss**
  dweiss@jenner.com,docketing@jenner.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`