# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANIXTER INTERNATIONAL INC., et al.,<br><br>Defendants. | No. 1:09-cv-05641<br><br>Judge Robert M. Dow, Jr.<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER GRANTING THE INDIANA LABORERS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

Having considered the Indiana Laborers Pension Fund's Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, appoints the Indiana Laborers Pension Fund as Lead Plaintiff; and

3. Lead Plaintiff's selection of Lead and Liaison Counsel is approved. Pursuant to §21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B)(v), Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel for the class and Lasky & Rifkind, Ltd. is appointed Liaison Counsel.

DATED: _____

THE HONORABLE ROBERT M. DOW, JR.
UNITED STATES DISTRICT JUDGE

Document1