# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5641 | **DATE** | 11/17/2009 |
| **CASE TITLE** | Garden City vs. Anixter | | |

**DOCKET ENTRY TEXT**

MOTION to appoint counsel and for appointment of lead plaintiff [23] is granted. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, appoints the Indiana Laborers Pension Fund as Lead Plaintiff; and . Lead Plaintiff's selection of Lead and Liaison Counsel is approved. Pursuant to §21D(a)(3)(B)(v) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B)(v), Coughlin Stoia Geller Rudman & Robbins LLP is appointed Lead Counsel for the class and Lasky & Rifkind, Ltd. is appointed Liaison Counsel. Plaintiff is given until 1/6/2010 to file a consolidated complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|