**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GARDEN CITY EMPLOYEES'          )
RETIREMENT SYSTEM, Individually and on    )
Behalf of All Others Similarly Situated,     )
                                )
                    Plaintiff,   )        Case No. 09 CV 5641
                                )
        v.                      )        Hon. Robert M. Dow Jr.
                                )
ANIXTER INTERNATIONAL, INC.,        )
ROBERT J. ECK, DENNIS J. LETHAM and   )
ROBERT GRUBBS,                  )
                                )
                    Defendants.  )

**DEFENDANTS' MOTION TO DISMISS
AMENDED CLASS ACTION COMPLAINT**

1.      Pursuant to Federal Rules of Civil Procedure ("FRCP") 9(b) and 12(b)(6),

Defendants (collectively, "Anixter," except where specified), by their attorneys, Jenner &

Block LLP, respectfully request that the Court enter an Order dismissing with prejudice in

its entirety Plaintiff's Amended Class Action Complaint for Violations of Federal

Securities Laws (the "amended complaint").  In support of this motion, Defendants state

as follows:

2.      Plaintiff filed its two-count amended complaint on January 6, 2010.

(Docket No. 39.)  In it, Plaintiff attempts to plead claims for federal securities fraud

pursuant to Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act")

and Securities and Exchange Commission Rule 10b-5 in Count I, and Section 20(a) of the

Exchange Act in Count II.

3.      Count I is without merit and should be dismissed pursuant to FRCP

12(b)(6) because (a) its supporting allegations are not pleaded with the specificity

required by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 ("PSLRA"); (b) Plaintiff does not adequately allege falsity in Anixter's pre-July 2008 statements; (c) Anixter's July 2008 statements are inactionable because no falsity is alleged and because the forward-looking statements are protected by the PSLRA's safe harbor; (d) Anixter's post-class-period statements do not render any of its prior statements false; (e) Plaintiff fails to plead scienter in accordance with the PSLRA; (f)  Plaintiff has failed to plead loss causation; and (g) many of the challenged statements were, at most, inactionable puffery.

4.      Count II is without merit and should be dismissed pursuant to FRCP  9(b) and 12(b)(6) because Plaintiff has not alleged an underlying violation of securities law and because Plaintiff has failed to allege that the individual defendants had the general or specific control necessary to establish liability.

5.      This motion is supported by a memorandum filed simultaneously herewith, which is incorporated herein by reference.

WHEREFORE, for the reasons set forth above and in Defendants' supporting memorandum, Defendants respectfully request that the Court enter an order pursuant to FRCP 9(b) and 12(b)(6) dismissing with prejudice Plaintiff's amended complaint.

Respectfully submitted,

Anixter International, Inc., Robert J. Eck, Dennis J. Letham and Robert Grubbs

By:  _/s/ David J. Bradford_____

Dated:  February 19, 2010

David J. Bradford (Illinois Bar #272094)
Howard S. Suskin (Illinois Bar #6185999)
Daniel J. Weiss (Illinois Bar #6256843)
Marc D. Sokol (Illinois Bar #6276263)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
(312) 222-9350