UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| GARDEN CITY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:09-cv-05641 |
| vs. | ) ) | Judge Robert M. Dow, Jr. |
| ANIXTER INTERNATIONAL INC., et al., | ) ) | CLASS ACTION |
| Defendants. | ) ) ) | |

PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXTRINSIC EVIDENCE
ATTACHED TO THEIR MOTION TO DISMISS OR, IN THE ALTERNATIVE,
TO CONVERT DEFENDANTS' MOTION TO DISMISS INTO A
MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully requests that the Court enter an Order striking defendants' extrinsic evidence attached to their motion to dismiss or in the alternative, converting defendants' motion to dismiss into a motion for summary judgment and allowing for discovery.

In support of this Motion, plaintiff submits a Memorandum of Law and the Declaration of Debra J. Wyman in Support thereof.

DATED: March 22, 2010                COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     DEBRA J. WYMAN


                                     _____
                                            s/ Debra J. Wyman
                                          DEBRA J. WYMAN

                                     655 West Broadway, Suite 1900
                                     San Diego, CA  92101
                                     Telephone:  619/231-1058
                                     619/231-7423 (fax)

                                     COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
                                     SARAH R. HOLLOWAY
                                     100 Pine Street, Suite 2600
                                     San Francisco, CA  94111
                                     Telephone:  415/288-4545
                                     415/288-4534 (fax)

                                     Lead Counsel for Plaintiff

                                     LASKY & RIFKIND, LTD.
                                     LEIGH R. LASKY
                                     NORMAN RIFKIND
                                     AMELIA S. NEWTON
                                     350 North LaSalle Street, Suite 1320
                                     Chicago, IL  60610
                                     Telephone:  312/634-0057
                                     312/634-0059 (fax)

                                     Liaison Counsel

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on March 22, 2010.

s/ Debra J. Wyman

DEBRA J. WYMAN

COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:debraw@csgrr.com

# Mailing Information for a Case 1:09-cv-05641

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David J. Bradford**
  dbradford@jenner.com,docketing@jenner.com
- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com
- **Sarah R. Holloway**
  sholloway@csgrr.com
- **Leigh R. Lasky**
  lasky@laskyrifkind.com
- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,LFanning@millerlawllc.com,KPulido@millerlawllc.com,JRamirez@millerlawllc.com
- **Amelia Susan Newton**
  newton@laskyrifkind.com
- **Norman Rifkind**
  rifkind@laskyrifkind.com
- **Marc David Sokol**
  msokol@jenner.com,whughes@jenner.com,docketing@jenner.com
- **Howard Steven Suskin**
  hsuskin@jenner.com,docketing@jenner.com
- **Matthew E Van Tine**
  mvantine@millerlawllc.com,mvt@vantine.us
- **Heidi E. VonderHeide**
  vonderheide@laskyrifkind.com
- **Daniel J. Weiss**
  dweiss@jenner.com,docketing@jenner.com
- **Debra J. Wyman**
  debraw@csgrr.com,nhorstman@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)