## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Garden City Employees' Retirement System, et al.

Plaintiff,

v.

Case No.: 1:09−cv−05641
Honorable Robert M. Dow Jr.

Anixter International Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 31, 2011:

       MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order, dated 3/31/2011, Defendants motion [43] is granted and Plaintiffs complaint is dismissed without prejudice. Plaintiffs are given 28 days to replead if they believe that they can cure the deficiencies identified above. Plaintiffs motion to strike [47] is granted in part and denied in part. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.