AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Garden City Employees' Retirement System, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 09 C 5641

Anixter International, Inc. , et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that MOTION by Defendants Robert Grubbs, Anixter International Inc., Dennis J Letham, Robert J Eck to dismiss [73] second amended class action complaint is granted and Plaintiffs' Second Amended Complaint is dismissed with prejudice. **Judgment entered in favor of Defendants Robert Grubbs, Anixter International Inc., Dennis J Letham, Robert J Eck and against Plaintiffs Garden City Employees' Retirement System et al**.

Thomas G. Bruton, Clerk of Court

Date: 3/29/2012

/s/ Theresa B. Kinney, Deputy Clerk